# EXHIBIT A

## SHARON CABRAL

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Eagles | Hotel California | Hotel California | N38950 |
| Virgin Records America, Inc. | Kelis | Caught Out There | Kaleidoscope | 277-087 |
| Virgin Records America, Inc. | UB40 | Red Red Wine | Labour of Love | 49-244 |
| Interscope Records | Eminem | Bad Meets Evil | The Slim Shady LP | 262-686 |
| UMG Recordings, Inc. | DMX | Stop Being Greedy | It's Dark And Hell Is Hot | 252-613 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Whenever You Call | Butterfly | 244-014 |
| SONY BMG MUSIC ENTERTAINMENT | The Fugees | Ready Or Not | The Score | 222-005 |
| Arista Records LLC | Usher | You Make Me Wanna | My Way | 257-730 |
| BMG Music | Public Announcement | Slow Dance | Don't Hold Back | 290-826 |