# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

ELEKTRA ENTERTAINMENT GROUP, et al

v. CA 06-243ML

SHARON CABRAL

## ORDER

The above-captioned case was filed on May 23, 2006 and the matter has been pending since without an answer having been filed and at least 120 days have passed.

It is now ORDERED that this action will be dismissed, as to the above-named defendants, without prejudice and without costs within 15 days for lack of prosecution, unless plaintiff can show good cause why the case should not be dismissed. Local Rule 41.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
U.S. District Judge
October 31, 2006

Entered as an Order of this Court on October 31, 2006

Barbara Barletta
Deputy Clerk