UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; INTERSCOPE RECORDS, a California general partnership; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and BMG MUSIC, a New York general partnership,

Plaintiffs,

v.

SHARON CABRAL,

Defendant.

Case No.: 1:06-cv-00242-ML-LDA

**RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiffs Elektra Entertainment Group Inc, *et al.*, respectfully submit this response to the October 31, 2006 Order to Show Cause why this case should not be dismissed for failure to prosecute.

The Defendant, Sharon Cabral was served with the Complaint with regard to the above-captioned matter on August 12, 2006. Thereafter on September 20, 2006, Plaintiff's filed the Return of Service with this Honorable Court. The Defendant has failed to answer or otherwise respond to Plaintiff's Complaint. Plaintiff's have completed the requisite military service check and are filing a Request to Enter Default. Therefore it is respectfully submitted that this case should not be dismissed.

By: /s/James E. O'Neil, Esq.

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for ELEKTRA ENTERTAINMENT GROUP INC.; VIRGIN RECORDS AMERICA, INC.; INTERSCOPE RECORDS; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; ARISTA RECORDS LLC; and BMG MUSIC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 10th day of November, 2006 I mailed a true and accurate copy of the within Response to Order to Show Cause first class, postage prepaid and certified mail to Ms. Sharon Cabral, 222 Central Ave., North Providence, RI 02904-3787.

/s/James E. O'Neil, Esq
James E. O'Neil, Esq.