Case 1:06-cv-00242-ML-LDA Document 8-1 Filed 11/10/2006 Page 5 of 5

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; INTERSCOPE RECORDS, a California general partnership; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and BMG MUSIC, a New York general partnership,<br><br>Plaintiffs,<br><br>v.<br><br>SHARON CABRAL,<br><br>Defendant. | Case No.: 1:06-cv-00242-ML-LDA |

**DEFAULT BY CLERK**

It appearing from the records in this action that Summons has been served upon Defendant Sharon Cabral, and it further appearing from the declaration of counsel for Plaintiffs, and other evidence as required by Rule 55(a) of the Federal Rules of Civil Procedure, that Defendant Sharon Cabral has failed to plead or otherwise defend in this action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of Plaintiffs' counsel, the DEFAULT of Defendant Sharon Cabral hereby is entered.

DATED: 11. 13. 2006

By: [signature]
Deputy Clerk