UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; INTERSCOPE RECORDS, a California general partnership; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and BMG MUSIC, a New York general partnership,<br><br>Plaintiffs,<br><br>v.<br><br>SHARON CABRAL,<br><br>Defendant. | Case No.: 1:06-cv-00242-ML-LDA |

**NOTICE OF ENTRY OF DEFAULT JUDGMENT**

TO DEFENDANT:

PLEASE TAKE NOTICE that, on January 4, 2007, the Court entered the default judgment, including a permanent injunction, against Defendant Sharon Cabral. A copy of the Default Judgment And Permanent Injunction is attached hereto as Exhibit A.

By: /s/James E. O'Neil, Esq.

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for ELEKTRA ENTERTAINMENT GROUP INC.; VIRGIN RECORDS AMERICA, INC.; INTERSCOPE RECORDS; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; ARISTA RECORDS LLC; and BMG MUSIC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 12th day of January, 2007 I mailed a true and accurate copy of the within Notice of Entry of Default Judgment first class, postage prepaid and Certified Mail to Ms. Sharon Cabral, 22 Central Ave., North Providence, RI 02904-3787.

/s/James E. O'Neil, Esq.
James E. O'Neil, Esq.